MURIAN FROCKS, INC., Appellant, *v.* MALAMOR DRESS CORPORATION, Respondent.

Supreme Court, Appellate Term, First Department, July 21, 1934.

*Lind, Shlivek, Marks & Brin* [*Saul S. Brin* of counsel], for the appellant.

*William Davis,* for the respondent.

PER CURIAM. While a binding agreement to arbitrate would constitute a defense which could be pleaded and proved in this action, and a completed arbitration would be sufficient ground for the special appearance, the Municipal Court has no jurisdiction to compel arbitration either by mandatory order or by granting a stay of proceedings pending submission thereto. Proper procedure required a hearing on the question raised by the special appearance. (Mun. Ct. Code, § 78, subd. 8.)

Order reversed, with ten dollars costs, and motion denied.

All concur; present, CALLAHAN, FRANKENTHALER and SHIENTAG, JJ.